| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| DISTRICT OF ARIZONA | |
| Case number *(if known)* | Chapter **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **MMM DIVERSIFIED, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 86-0968874 |
| 4. | Debtor's address | **Principal place of business**<br><br>6232 N. 7th Street, #101<br>Phoenix, AZ 85014<br>Number, Street, City, State & ZIP Code<br><br>Maricopa<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor  **MMM DIVERSIFIED, LLC**   Case number (if known) _____
        Name

7. Describe debtor's business   A. Check one:
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. Check all that apply
   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____

8. Under which chapter of the Bankruptcy Code is the debtor filing?

   Check one:
   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. Check all that apply:
       ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
       ☐ A plan is being filed with this petition.
       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.
       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   ☐ Chapter 12

9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?
   ☐ No.
   ■ Yes.
   If more than 2 cases, attach a separate list.

   | | District | When | Case number |
   |---|---|---|---|
   | | Arizona | 3/07/11 | 2:11-05675-SSC |
   | | | | |

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?
    ■ No
    ☐ Yes.
    List all cases. If more than 1, attach a separate list

    Debtor _____  Relationship _____
    District _____  When _____  Case number, if known _____

| Debtor | MMM DIVERSIFIED, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  September 22, 2016
             MM / DD / YYYY

X _____            MICHAEL F. SPRINKLE
  Signature of authorized representative of debtor   Printed name

Title  Managing Member

**18. Signature of attorney**

X _____            Date  September 22, 2016
  Signature of attorney for debtor                    MM / DD / YYYY

Donald W. Powell
Printed name

CARMICHAEL & POWELL, P.C.
Firm name

7301 North 16th Street, Suite 103
Phoenix, AZ 85020-5297
Number, Street, City, State & ZIP Code

Contact phone  602-861-0777       Email address  d.powell@cplawfirm.com

3238
Bar number and State

# LIMITED LIABILITY COMPANY RESOLUTION

I, MICHAEL F. SPRINKLE, an authorized agent of MMM DIVERSIFIED, LLC, do hereby certify that the following is a true and correct copy of the Resolution duly adopted by the members of MMM DIVERSIFIED, LLC, at a meeting of said members convened on the 22nd day of September, 2016.

> RESOLVED, that a Petition under Chapter 11 be filed forthwith on behalf of MMM DIVERSIFIED, LLC, and MICHAEL F. SPRINKLE, an authorized agent of MMM DIVERSIFIED, LLC, is hereby authorized and directed to take all steps necessary, and to execute and deliver all documents required, for the filing of a Petition under Chapter 11 forthwith on behalf of MMM DIVERSIFIED, LLC.

DATED this 22nd day of September, 2016.

_____
MICHAEL F. SPRINKLE
Managing Member

# LIST OF CREDITORS

Wells Fargo
P.O. Box 10335
Des Moines, IA 50306

Bank of America
P.O. Box 515503
Los Angeles, CA 90051

Maricopa County Treasurer
301 W. Jefferson St., Rm. 100
Phoenix, AZ 85003

Gila County Treasurer
P.O. Box 1093
Globe, AZ 85502

Dek Ketchum Law Offices
910 Veteran's Blvd.
Redwood City, CA 94025

Plattner, Schneidman, Schneider
 & Jeffries, P.C.
9141 E. Hidden Spur Trail
Scottsdale, AZ 85255

Internet Ventures Unl., LLC
7260 W. Azure Dr., #140-59
Las Vegas, NV 89130

Century 22 Global, LLC
5135 N. 18th Place
Phoenix, AZ 85016

Cox Communications
P.O. Box 1259
Dept. 102285
Oaks, PA 19456

# United States Bankruptcy Court
## District of Arizona

In re: **MMM DIVERSIFIED, LLC**
Debtor(s)

Case No.
Chapter **11**

# DECLARATION

I, the Managing Member of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of **1** sheet(s), is complete, correct and consistent with the debtor(s)' schedules.

Date: **September 22, 2016**

*/s/ Michael F. Sprinkle*
MICHAEL F. SPRINKLE/Managing Member
Signer/Title

Date: **September 22, 2016**

*/s/ Donald W. Powell*
Signature of Attorney
Donald W. Powell - 3238
CARMICHAEL & POWELL, P.C.
7301 North 16th Street, Suite 103
Phoenix, AZ 85020-5297
602-861-0777  Fax: 602-870-0296

MML-5

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**MMM DIVERSIFIED, LLC**

Wells Fargo
P.O. Box 10335
Des Moines, IA 50306

Bank of America
P.O. Box 515503
Los Angeles, CA 90051

Maricopa County Treasurer
301 W. Jefferson St., Rm. 100
Phoenix, AZ 85003

Gila County Treasurer
P.O. Box 1093
Globe, AZ 85502

Dek Ketchum Law Offices
910 Veteran's Blvd.
Redwood City, CA 94025

Plattner, Schneidman, Schneider
 & Jeffries, P.C.
9141 E. Hidden Spur Trail
Scottsdale, AZ 85255

Internet Ventures Unl., LLC
7260 W. Azure Dr., #140-59
Las Vegas, NV 89130

Century 22 Global, LLC
5135 N. 18th Place
Phoenix, AZ 85016

Cox Communications
P.O. Box 1259
Dept. 102285
Oaks, PA 19456